IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BRANDI K. KAISER, | ) **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 04-3510-CV-S-REL-SSA |
| JO ANNE BARNHART, | ) |
| Defendant. | ) |

\_\_\_ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for summary judgment is granted.

That the decision of the Commissioner is reversed and this case is remanded for an award of benefits.

P. L. Brune, Clerk

/s/ Sue Anderson-Porter

Date: October 28, 2005

By Sue Anderson-Porter
Deputy Clerk